UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 07CR3153-W |
| Plaintiff | ) | CRIMINAL NO. 07mj8982 |
| vs. | ) | ORDER |
| Olga Lydia Cirina-Sanchez | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge,   LEO S. PAPAS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

LUCIANO PEREZ-GARCIA

DATED: 12/27/07

LEO S. PAPAS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
        DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
        Deputy Clerk

J. Spencer

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95     ☆ U.S. GPO: 2003-581-774/70082